IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALEXANDER WILLIAMS,

Plaintiff,

v.

JOHN SCOTT, *et al.*,

Defendants.

Case No. 21-1182 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 6/29/2022**          **MONICA A. STUMP, Clerk of Court**

                              **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**